**Electronically Filed
Supreme Court
SCWC-16-0000801
04-MAY-2018
12:45 PM**

SCWC-16-0000801

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SELVIN SAMAEL DAVILA,
Petitioner/Defendant-Appellant.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000801; CR. NO. 15-1-0965 (1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Selvin Samael Davila's application for writ of certiorari filed on March 21, 2018, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 4, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

